No. 89–6467. TIGGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6476. CARVER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6493. SMITH *v.* DORSEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–6499. WELLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6503. ROMERO-REYNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6520. LAROCCO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6549. KINNELL *v.* SAFFELS, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6664. QUIMBY *v.* MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 89–6665. RODMAN *v.* WILSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6672. FAUGHN *v.* CAMPBELL. C. A. 10th Cir. Certiorari denied.

No. 89–6674. BROWN *v.* BI-STATE DEVELOPMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–6676. BYNUM *v.* ANDERSON, CHIEF JUDGE. Sup. Ct. Fla. Certiorari denied.

No. 89–6678. WILLIAMS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–6681. POWELL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.